IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JACOB WAGNER<br><br>    Plaintiff,<br><br>vs.<br><br>GALLATIN COUNTY, MONTANA,<br><br>    Defendant. | Case No.: 2:21-cv-00035-BMM<br><br>**ORDER GRANTING UNOPPOSED MOTION TO DISMISS COMPLAINT AND REQUEST FOR JURY TRIAL WITHOUT PREJUDICE** |

BEFORE the Court is Plaintiff's Unopposed Motion to Dismiss Complaint and Request for Jury Trial Without Prejudice (the "Motion"). Based upon the Motion and representations that the Motion is unopposed, the above captioned case is dismissed without prejudice.

DATED this 11th day of March, 2022.

*/s/ Brian Morris*
_____
Brian Morris, Chief District Judge
United States District Court

Case 2:21-cv-00035-BMM Document 71 Filed 03/10/22 Page 2 of 22